Suzanne Skolnick (California Bar No.: 211076)
**SKOLNICK LAW GROUP**
2888 Loker Avenue East
Suite 110-F
Carlsbad, CA 92010
Telephone: (760) 405-4397
Fax: (760) 585-4676
E-mail: suzanne@skolnicklawgroup.com

Attorney for Plaintiff Christine Ghezzi

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTINE GHEZZI,

Plaintiff,

vs.

ZIMMER HOLDINGS, INC.; ZIMMER, INC.; ZIMMER U.S., INC., d/b/a ZIMMER PACIFIC; JOE BISANT; AND DOES 1-100,

Defendants.

Case No.: 3:15-CV-00106 JAH (RBB)

San Diego Superior Court Case No.: 37-2014-00030611-CU-PL-NC

**REQUEST FOR RULING ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**

**JUDGE: Hon. John A. Houston**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, CHRISTINE GHEZZI, hereby asks this Court to make a ruling on Plaintiff's Motion to Remand which was originally filed on February 6, 2015, but was

never heard due to the transfer of the action into the Zimmer Nex-Gen Multi-district litigation. Plaintiff's Motion to Remand has been fully briefed by the parties, but never decided by any court. On July 15, 2015, the United States District Court for the Northern District of Illinois remanded this action back to this court for all further proceedings. As of the date this Request for Ruling is filed however, no ruling on Plaintiff's Motion to Remand to state court has ever been made. Accordingly, Plaintiff respectfully requests that this Court rule on the Motion to Remand to state court, or in the alternative, set a date for a hearing on the motion at the convenience of the Court with notice to the parties.

## I. SUMMARY OF PROCEDURAL POSTURE

As set forth in the Declaration of Suzanne Skolnick filed concurrently herewith, this action was initially filed by Plaintiff in the San Diego County Superior Court, North County Division on September 11, 2014. (Skolnick Decl., ¶ 3.) After Defendants removed the case to this court from state court based on a claim of diversity jurisdiction, Plaintiff filed a Motion to Remand and Request for Fees and Costs. (Skolnick Decl., ¶¶ 4-6.) Defendants filed their opposition papers on March 23, 2015 and Plaintiff filed a Reply to the opposition papers on March 30, 2015. (Skolnick Decl., ¶¶ 7-8.) The motion was set to be heard on April 6, 2015, but was not heard based on this Court's April 1, 2015 Order vacating the motion hearing based on the motion being suitable for disposition without oral argument. (Skolnick Decl., ¶ 9.)

Shortly thereafter, and before this Court issued a ruling on the motion, this action was transferred into the Zimmer NexGen multi-district litigation on May 13, 2015. (Skolnick Decl., ¶ 10.) Plaintiff opposed transfer of the case into the Zimmer NexGen MDL and following a hearing on the matter before the Honorable Judge Rebecca Pallmeyer of the United States District Court for the Northern District of Illinois, this action was remanded back to the United States District Court for the Southern District of California on July 15, 2015 without any court having ever reached the merits of Plaintiff's Motion to Remand to state court. (Skolnick Decl., ¶¶ 11-12.)

After Plaintiff's counsel contacted this Court to obtain information as to when a ruling on the motion would issue, Plaintiff was informed on September 22, 2015 via email that the motion was fully briefed and the Court would issue a ruling in due course. (Skolnick Decl, ¶ 13.) As Plaintiff has yet to receive a ruling on her Motion to Remand to state court, Plaintiff makes the current Request for Ruling so that the parties may move forward with the case with certainty as to which court will hear anticipated discovery motions and so that the parties can obtain a trial date before a court possessing appropriate subject matter jurisdiction of the action.

## II. <u>THIS COURT HAS AUTHORITY TO RULE ON THE MOTION TO REMAND</u>

Plaintiff's Motion to Remand is fully briefed and all documents necessary for this Court to issue a ruling on the motion have already been filed with the court. This action

was remanded back to this Court on July 15, 2015 by the transferee court, and therefore, this court is the appropriate body to issue a ruling on Plaintiff's Motion to Remand.

## III. CONCLUSION

Based on the foregoing, including the information set forth in the D*eclaration of Suzanne Skolnick in Support of Request for Ruling* filed concurrently herewith, it is respectfully requested that this Court issue a ruling on Plaintiff's previously filed Motion to Remand (Docket Entry No. 7). In the alternative, Plaintiff respectfully requests that this court set a date for hearing on the motion and provide notice to the parties of any such hearing date.

DATED: November 10, 2015 BY: s/Suzanne Skolnick, Esq.

Suzanne Skolnick, Esq.,
Attorney for Plaintiff, Christine Ghezzi
Email: suzanne@skolnicklawgroup.com