UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GHEZZI,<br>Plaintiff,<br>v.<br>ZIMMER HOLDINGS, INC., et al.,<br>Defendants. | Civil No. 15cv106 JAH(RBB)<br>ORDER VACATING HEARING DATE |

After a careful review of the pleadings submitted in support of, and in opposition to, plaintiff's motion to remand [doc. nos. 24, 25], this Court deems the motion suitable for disposition without oral argument. See CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the motion is taken under submission and the date of April 18, 2016 set for hearing the motion is VACATED. This Court will issue its written ruling on the motion in due course.

Dated: April 11, 2016

JOHN A. HOUSTON
United States District Judge