**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GHEZZI v. ZIMMER HOLDINGS, INC. ET AL

Case No.: 15cv106 JAH(RBB)
Time Spent:

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| | |
| | |
| | |
| | |

PROCEEDINGS: ☐ In Chambers ☐ In Court ☐ Telephonic

A telephonic attorneys-only status conference is set for June 22, 2016, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: April 26, 2016

IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Houston
All Parties of Record